**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>          Plaintiff,<br><br>vs.<br><br>ALAN J. SUSSMAN & ASSOCIATES, INC. dba THE SUSSMAN AGENCY,<br><br>          Defendant. | Adv. Proc. No. 22-50172 (CTG) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned firm of attorneys are appearing in the above-captioned case on behalf of Alan J. Sussman & Associates, Inc. dba The Sussman Agency.  The undersigned requests that all notices given or required to be given in this case and all papers served or required

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

to be served in this case be given to and served upon the undersigned at the following office address and telephone number:

Jaffe Raitt Heuer & Weiss, P.C.
Attn: Paul R. Hage
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone:  (248) 351-3000
phage@jaffelaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone facsimile or otherwise.

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

Dated: July 6, 2022

By:___ /s/ Paul R. Hage_____
Paul R. Hage (P70460)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone:  (248) 351-3000
phage@jaffelaw.com

*Counsel to Alan J. Sussman & Associates, Inc. dba The Sussman Agency*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*,[2] | Case No. 20-10553 (CTG) |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.,* | |
| Plaintiff, | Adv. Proc. No. 22-50172 (CTG) |
| vs. | |
| ALAN J. SUSSMAN & ASSOCIATES, INC. dba THE SUSSMAN AGENCY, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2022, I caused to be served a copy of the *Notice Of Appearance And Request For Service Of Notices And Documents* and this *Certificate of Service* using the Court electronic filing system which will send notification of such filing to all parties who have filed appearances in this case.

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

Respectfully submitted by,

**JAFFE RAITT HEUER & WEISS, P.C.**

Dated: July 6, 2022                          By:   /s/ Paul R. Hage
                                             Paul R. Hage (P70460)
                                             27777 Franklin Road, Suite 2500
                                             Southfield, MI 48034
                                             Phone:  (248) 351-3000
                                             phage@jaffelaw.com

                                             *Counsel to Alan J. Sussman & Associates, Inc. dba The Sussman Agency*